IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**DANIEL JAMES FERRARA ,**

**Defendant.**                                            No. 12-30223-DRH

ORDER

**HERNDON, Chief Judge:**

This matter was referred to United States Magistrate Clifford J. Proud for the specific purpose of conducting a change of plea for defendant Combs, pursuant to 28 U.S.C. § 636 and LOCAL RULE 72.1(b)(2) (Doc. 27). Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearing was held on April 16, 2013 (Doc. 24). During the change of plea, defendant Ferrara pled guilty to the Indictment, conspiracy in violation of 18 U.S.C. § 1349. Thereafter, Judge Proud issued a Report and Recommendation ("the Report") recommending that the Court accept defendant's plea of guilty (Doc. 28).

In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an objection. Therefore, the Court **ADOPTS** the Report in its entirety. Thus, based on the record in the case, the recommendation of the Magistrate Judge, the consent of the defendant to plead before the

magistrate without subsequent objection, it is the finding of the Court in the case of *United States v. Ferrara*, that defendant Ferrara was fully competent and capable of entering an informed plea, that defendant Ferrara was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** Ferrara **GUILTY** on the charge in the Indictment. The Court **REMINDS** the parties that this matter for sentencing on August 2, 2013 at 11:00 a.m.

**IT IS SO ORDERED.**

Signed this 6th day of May, 2013.

David R. Herndon
2013.05.06
15:37:07 -05'00'

**Chief Judge**
**United States District Court**